UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**CASE NO. 10-61026-MC-MORENO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Petitioner,* | ) |
| v. | ) |
| DORA SARAVIA, PRESIDENT, AZTECA CORPORATION, | ) |
| *Respondent.* | ) |

## ORDER TO SHOW CAUSE

Upon the Petition of the United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney for the Southern District of Florida, and the declaration of Revenue Officer C. Miller of the Internal Revenue Service and the exhibits attached thereto, it is ORDERED that Dora Saravia as President of Azteca Corporation shall appear before the United States District Court for the Southern District of Florida, presided over by the undersigned in his courtroom at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Room 13-3, Miami, Florida 33128, on **September 7, 2010 at 10:30 AM**, to show cause why she should not be compelled to obey the Internal Revenue Service summons served upon her on November 25, 2009. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibits thereto, be personally served upon Dora Saravia as President of Azteca Corporation on or before **July 12, 2010**. It is further,

ORDERED that within five days of service of a copy of this Order, the Petition and Exhibits, the respondent shall file and serve a written response to the Petition.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of June, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies Provided:
Christopher Macchiaroli, AUSA
Counsel of Record