UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61026-MC-MORENO/TORRES

UNITED STATES OF AMERICA,

  *Petitioner*,

v.

DORA SARAVIA, PRESIDENT,
AZTECA CORPORATION,

  *Respondent*.

**GOVERNMENT'S MOTION TO DISMISS AS MOOT AND
MOTION TO CANCEL HEARING SCHEDULED FOR SEPTEMBER 7, 2010**

  Petitioner, United States of America, hereby files its Motion to Dismiss as Moot and Motion to Cancel Hearing Scheduled for September 7, 2010 and states as follows:

  1. On June 17, 2010, United States of America filed its Petition to Enforce an Internal Revenue Summons (D.E. 1).

  2. On June 30, 2010, this Court issued an Order to Show Cause (D.E. 6) ordering that a copy of the "Order, together with the Petition and Exhibits thereto, be personally served upon Respondent Dora Saravia as President of Azteca Corporation on or before July 12, 2010," and ordering Respondent Dora Saravia to appear on September 7, 2010, at 10:30 a.m., "to show cause why she should not be compelled to obey the Internal Revenue Service summons served upon her on November 25, 2009." *See* D.E. 6 (emphasis omitted).

  3. The United States of America requests that this action be dismissed and the hearing scheduled for September 7, 2010 be canceled because as of the date of this Motion, Respondent has substantially complied with the IRS summons and intends to fully comply.

      WHEREFORE, for the foregoing reasons, United States of America respectfully requests this Court dismiss this action as moot, cancel the hearing scheduled for September 7, 2010, and close this case.

    A copy of the proposed order granting this Motion is attached.

Dated:  August 31, 2010                      Respectfully submitted,

                                        WIFREDO A. FERRER
                                        UNITED STATES ATTORNEY

                      By:     s/ Christopher Macchiaroli
                                        Christopher Macchiaroli (No. A5501305)
                                        Assistant United States Attorney
                                        Email: Christopher.Macchiaroli@usdoj.gov
                                        United States Attorney's Office
                                        99 N.E. 4th Street, Suite 300
                                        Miami, Florida 33132
                                        Tel. No. (305) 961-9420
                                        Fax No. (305) 530-7139

                                        *Counsel for United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2010, I electronically filed the foregoing "Government's Motion to Dismiss as Moot and Motion to Cancel Hearing Scheduled for September 7, 2010" with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Christopher Macchiaroli
Christopher Macchiaroli
Assistant United States Attorney

## SERVICE LIST

*United States of America v. Dora Saravia*
Case No. 10-mc-61026–Moreno/Torres
United States District Court Southern District of Florida

**Dora Saravia**
Azteca Corporation
525 S. Federal Highway
Deerfield Beach, Florida 33441-4153

*Respondent*